LEAHY v. N.C. BD. OF NURSING

No. 360PA96

Case below: 123 N.C. App. 354

Petition by respondent (N.C. Bd. of Nursing) for discretionary review pursuant to G.S. 7A-31 allowed 10 October 1996.

LIBERTY FINANCE CO. v. BDO SEIDMAN

No. 397P96

Case below: 123 N.C. App. 515

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.

MARTIN v. FERREE

No. 386P96

Case below: 123 N.C. App. 357

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.

McNEILL v. BD. OF ADJUST. OF TOWN OF LAKE LURE

No. 395P96

Case below: 123 N.C. App. 357

Petition by respondent (Board of Adjustment For the Town of Lake Lure) for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.

MOYER v. MOYER

No. 324P96

Case below: 122 N.C. App. 723

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 October 1996.